**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re the Petition of | **ECF CASE** |
| Helen Trading S.A. | Civil Action No. 16-cv-6628 |
| For Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | **IN ADMIRALTY** |
| | **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Marios J. Monopolis, hereby move this Court for an Order for admission Pro Hac Vice to appear as counsel for Helen Trading S.A. in the above-captioned action.

I am in good standing of the bar of the state of Maryland.  My current good standing certificate is herewith.  There are no disciplinary proceedings against me in any state or federal court.

Dated:  August 23, 2016.

*/s/ Marios J. Monopolis*
Marios J. Monopolis (*pro hac vice* pending)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Tel:    (410) 783-5795
Fax:    (410) 510-1789
mjmonopolis@simmsshowers.com

Attorneys for Petitioner